**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6171**

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

MARTIN AVERY HUGHES,

            Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.   James P. Jones, District Judge.  (1:08-cr-00024-JPJ-35)

Submitted: March 26, 2013          Decided:  March 29, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin Avery Hughes, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Avery Hughes appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hughes</u>, No. 1:08-cr-00024-JPJ-35 (W.D. Va. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>